Hymen Brothers et al., complainants and appellees, v. International Ladies' Garment Workers' Union et al., defendants, on appeal In re Contempt Proceedings against Alma Jones, appellant. Gen. No. 29,670.

Order committing for contempt by violating injunction against picketing. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Hymen Brothers et al., complainants and appellees, v. International Ladies' Garment Workers' Union et al., defendants, on appeal In re Contempt Proceedings against Clara Gabins, appellant. Gen. No. 29,672.

Order committing for contempt by violating injunction against picketing. Appeal from the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston and Henry Jackson Darby, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Francine Frock Company et al., complainants and appellees, v. Joint Board of Chicago Locals of International Ladies' Garment Workers' Union et al., defendants, on appeal of Kate Miller, appellant. Gen. No. 29,676.

Order committing for contempt by violation of injunction against picketing. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellant. Newman, Poppenhusen, Stern & Johnston, for appellees; Edward R. Johnston, Lawrence A. Cohen and Henry Jackson Darby, of counsel.

Mr. Justice Gridley delivered the opinion of the court.

---

Roth-Worsky Company, appellee, v. Chicago Joint Board et al., on appeal In re May Boncynski, appellant, appellants. Gen. No. 29,606.

Contempt for violation of injunction. Appeal from the Circuit Court of Cook county; the Hon. Ira J. Ryner, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1925. Affirmed on authority of Gen. No. 29,605, ante. Opinion filed December 29, 1925.

Darrow, Sissman, Holly & Carlin, for appellants. Newman, Poppenhusen, Stern & Johnston, for appellee; Edward R. Johnston and Henry Jackson Darby, of counsel.

Per curiam.